UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY JR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEC J BRIAN et al.<br><br>　　　　　　Defendants. | CASE NO. C13-5648 BHS-JRC<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT |

　　　　The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura.  The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

　　　　On October 9, 2013, defendants filed a motion for a more definite statement (ECF No. 14).  Plaintiff did not wait for the Court to rule on defendants' motion and on October 24, 2013 plaintiff filed an amended complaint (ECF No. 15). Plaintiff has a right to amend the complaint once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1).  In light of plaintiff's filing, the Court denies defendants' motion for a more definite statement without prejudice.

　　　　Dated this 6th day of November, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge