UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY JR, <br><br> Plaintiff, <br><br> v. <br><br> ALEC J BRAIN et al., <br><br> Defendants. | CASE NO. C13-5648 BHS-JRC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: <br> FEBRUARY 7, 2014 |

This matter has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4. Plaintiff and all but one served defendant have filed a stipulated motion to dismiss all but that one named defendant from this action (ECF No. 19). Based on this agreement, the undersigned recommends that the Court dismiss all named defendants except Frederick Harlan Coe, a/k/a Kevin Coe with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo

1 review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
2 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
3 February 7, 2014, as noted in the caption.

Dated this 14th day of January, 2014.

J. Richard Creatura
United States Magistrate Judge