UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM CURRY, JR.,

        Plaintiff,

v.

ALEC J. BRIAN, et al.,

        Defendants.

CASE NO. C13-5648 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     By stipulation of the parties, all defendants except for Fredrick Harlan Coe, a/k/a Kevin Coe are dismissed from this action with prejudice.

Dated this 10th day February, 2014.

                                      BENJAMIN H. SETTLE
                                      United States District Judge