UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY JR,<br><br>             Plaintiff,<br><br>   v.<br><br>KEVIN COE aka FREDICK HARLAN COE,<br><br>             Defendant. | CASE NO. C13-5648 BHS-JRC<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B), Fed. R. Civ. P. 72, and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

On February 3, 2014, plaintiff filed a motion for entry of default against defendant Coe (Dkt. 23). On March, 6, 2014, the Clerk's Office entered default (Dkt. 25).

Entry of default does not end the action. Plaintiff must still take affirmative steps to obtain a default judgment. *See* Fed. R. Civ. P. 55(b)(2). It is plaintiff's duty to prosecute the action and move the case forward. Since the entry of default on March 6, 2014, plaintiff has taken no action in this case.

1  The Court orders plaintiff to take action on or before June 20, 2014 or the Court will
2  recommend dismissal of the action pursuant to Fed. R. Civ. P. 41 for failure to prosecute.
3  Dated this 16th day of May, 2014.

4
5  J. Richard Creatura
   United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24