UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM CURRY, JR.,

          Plaintiff,

v.

ALEC J. BRIAN, et al.,

          Defendants.

CASE NO. C13-5648 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 32), and Plaintiff William Curry, Jr.'s ("Curry") objections to the R&R (Dkt. 33).

On July 14, 2014, Judge Creatura issued the R&R recommending that the Court deny without prejudice Curry's motion for default judgment because Curry has failed to adequately support his request for damages. Dkt. 32. On August 8, 2014, Curry filed objections. Dkt. 33. Despite Curry's arguments to the contrary, he is required to submit evidence in support of his damages regardless of whether a defendant is in default.

Therefore, the Court having considered the R&R, Curry's objections, and the remaining record, does hereby find and order as follows:

1    (1)    The R&R is **ADOPTED**; and

2    (2)    Curry's motion for default judgment is **DENIED without prejudice**

3 Dated this 3rd day of September, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2