1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9              AT TACOMA

10   WILLIAM CURRY JR,

11              Plaintiff,                    CASE NO. C13-5648 BHS-JRC

12        v.                                 ORDER ON PENDING MOTIONS

13   ALEC J. BRIAN et al.,

14              Defendants.

15        The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

16   Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local

17   Magistrate Judge Rules MJR1, MJR3 and MJR4.

18        Before the Court are two motions filed by plaintiff.  In the first motion, plaintiff asks the

19   Court to conduct a "forensic document examination" and appoint a forensic expert to conduct the

20   examination (Dkt. 34).  Plaintiff fails to show that the appointment of an expert is needed in this

21   case.  The sole remaining defendant is in default and plaintiff has been directed to support his

22   motion for entry of default judgment by November 28, 2014 (Dkt. 40).  Plaintiff's motion for

23   appointment of an expert is denied.

24

1    Plaintiff also asks the Court to hold future hearings telephonically because of the nature

2   of his detention (Dkt. 35).  Plaintiff is a resident at the Special Commitment Center.  The Court

3   does not normally conduct hearings telephonically.  Plaintiff fails to show that telephonic

4   hearings are needed in this case.  Further, plaintiff may request telephonic argument on a motion

5   by following the procedures set forth in Local Civil Rule 7(b)(4) which states:

6       *Oral Argument*. Unless otherwise ordered by the court, all motions will be decided by the
         court without oral argument. Counsel shall not appear on the date the motion is noted
7        unless directed by the court. A party desiring oral argument shall so indicate by including
         the words "ORAL ARGUMENT REQUESTED" in the caption of its motion or
8        responsive memorandum. If a request for oral argument is granted, the clerk will notify
         the parties of the date and time for argument.

9    Plaintiff fails to show that he is unable to provide documentation regarding his motion for

10   entry of default judgment without telephonic argument.  The Court denies plaintiff's motion for

11   telephonic oral argument (Dkt. 35).

12   Dated this 29th day of October, 2014.

13

14

15   J. Richard Creatura
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24