UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM CURRY, JR.,

          Plaintiff,

v.

KEVIN COE,

          Defendants.

CASE NO. C13-5648BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 48. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The Court denies Plaintiff's motion for default judgment for the reasons set forth in the R&R; and

(3) This case is **DISMISSED with prejudice**.

Dated this 25th day March, 2015.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER